BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
YASIN MOHAMMAD
Assistant U.S. Attorneys
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> RICARDO PENA ESPINOSA, ) <br> ) <br> Defendant. ) <br> ) <br> ) | 1:08-cr-0293 AWI <br><br> ORDER Re: GOVERNMENT'S MOTION TO DISMISS INDICTMENT AND RECALL ARREST WARRANT |

Having reviewed and considered the government's motion to dismiss the indictment and recall the arrest warrant that issued in the above-captioned matter,

IT IS HEREBY ORDERED that said motion is GRANTED.

IT IS SO ORDERED.

Dated: November 7, 2013

_____
SENIOR DISTRICT JUDGE

1